# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAVID GRADON CLEMONS, JR.

VERSUS

KRISTIN RENEE DIABLE

NO. 2020 CW 0872

**NOVEMBER 09, 2020**

---

In Re:     Kristin Renee Diable, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20200000650.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(10). Relator, Kristin Renee Diable, failed to include a copy of the pertinent court minutes.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before **November 24, 2020**, and must contain a copy of this ruling.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT